**Edilmar Mateo ALONZO–CASTRO, Petitioner**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

**No. 13–1771.**

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 17, 2013.

Filed: Dec. 30, 2013.

Richard Clay Mendez, Law Office of Richard Mendez, Des Moines, IA, for Petitioner.

Jacob Bashyrov, Karen Yolanda Drummond, Richard M. Evans, Anthony John Messuri, U.S. Department of Justice, Washington, DC, for Respondent.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

Guatemalan citizen Edilmar Alonzo–Castro petitions for review of an order of the Board of Immigration Appeals, which upheld an immigration judge's decision denying him withholding of removal.[1] After

---

1. Alonzo–Castro was also denied asylum and relief under the Convention Against Torture, but he does not raise these claims in his brief. *See Chay–Velasquez v. Ashcroft,* 367 F.3d 751, 756 (8th Cir.2004) (petitioner waives claim that is not meaningfully raised in opening brief).

careful review, we conclude that the denial of withholding of removal was supported by substantial evidence on the record as a whole. *See Malonga v. Holder*, 621 F.3d 757, 764 (8th Cir.2010) (substantial-evidence standard for reviewing denial of withholding of removal). Accordingly, we deny the petition for review. *See* 8th Cir. R. 47B.